UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ROBERT NATHANIEL OLDS, )
 )
      Plaintiff, )
 )
vs. ) Case No. 4:08-CV-726 MLM
 )
MATT BLUNT, et al., )
 )
      Defendants. )

## ORDER OF DISMISSAL

This matter is before the Court upon its own motion. On June 6, 2008, this Court denied plaintiff leave to proceed without payment of the filing fee pursuant to 28 U.S.C. § 1915(g) and ordered him to pay the $350 filing fee within thirty days [Doc. #6]. The Court advised plaintiff that if he failed to comply, the Court would dismiss the instant action. To date, plaintiff has failed to pay the filing fee, and his time for doing so has expired.

Therefore,

**IT IS HEREBY ORDERED** that this case is **DISMISSED**, without prejudice, for failure to pay the $350 filing fee in accordance with this Court's Order of June 6, 2008 [Doc. #6].

**IT IS FURTHER ORDERED** that plaintiff's motion for a preliminary injunction and temporary restraining order [Doc. #6] is **DENIED** as moot.

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith. See 28 U.S.C. § 1915(a)(3).

Dated this 21st day of July, 2008.

                              **/s/ Jean C. Hamilton**
                              **UNITED STATES DISTRICT JUDGE**